**Ronald V. GARVIN, Larry R. Inman, and Ronald P. Schuette, Appellants,**

v.

**Steven R. CULLEN, Appellee.**

No. 01–1336.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2002.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.